AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

City of Newport

*Plaintiff(s)*

v.

KRISTI NOEM in her official capacity as the Secretary of Homeland Security, TODD LYONS, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement, ADMIRAL KEVIN LUNDAY, in his official capacity as Acting Commandant of the United States Coast Guard, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, an agency of the United States Department of Homeland Security, and UNITED STATES COAST GUARD, an agency of the United States Department of Homeland Security,

*Defendant(s)*

Civil Action No. 6:25-cv-2396-MC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

United States Coast Guard
2703 Martin Luther King Jr. Ave. SE
Washington, D.C. 20593

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keith Ketterling
Stoll Stoll Berne Lokting & Shlachter, P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, *Clerk of Court*

Date: 12/23/2025

By: S/J. Wall, Deputy Clerk