**Keith Ketterling,** OSB No. 913368
Email: kketterling@stollberne.com
**Lydia Anderson-Dana,** OSB No. 166167
Email: landersondana@stollberne.com
**Elizabeth B. Kinsman**, OSB No. 172956
Email: ekinsman@stollberne.com
**Anuj Shah,** OSB No. 243717
Email: ashah@stollberne.com
**Chloe Jasper**, OSB No. 253957
Email: cjasper@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

Attorneys for Plaintiff City of Newport

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

CITY OF NEWPORT,

Plaintiff,

v.

KRISTI NOEM in her official capacity as the Secretary of Homeland Security, TODD LYONS, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement, ADMIRAL KEVIN LUNDAY, in his official capacity as Acting Commandant of the United States Coast Guard, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, an agency of the United

Case No. 6:25-cv-02396-MC

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT**

States Department of Homeland Security, and UNITED STATES COAST GUARD, an agency of the United States Department of Homeland Security,

Defendants.

I, Lara Mishler, hereby affirm and swear as follows:

1. I am a legal assistant with the law firm Stoll Stoll Berne Lokting & Shlachter, P.C., counsel for Plaintiff City of Newport ("Plaintiff") in this matter. I am over the age of 18 and not a party to this action.

2. On December 23, 2025, Plaintiff received summonses issued by the Clerk of Court (Dkt. No. 3) directed to Defendants:

a. Kristi Noem, in her official capacity as Secretary of U.S. Department of Homeland Security;

b. the United State Department of Homeland Security;

c. Todd Lyons, in his official capacity as Acting Director of U.S. Immigrations and Customs Enforcement;

d. United States Immigrations and Customs Enforcement;

e. Admiral Kevin Lunday, in his official capacity as Acting Commandant of the U.S. Coast Guard; and

f. The United States Coast Guard.



STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600 FAX (503) 227-6840

3. Also on December 23, 2025, I caused to be mailed copies of the summonses described above as well as copies of the following documents:

a. Complaint (Dkt. No. 1)

b. Civil Cover Sheet (Dkt. No. 1-1)

c. Civil Case Assignment Order and Discovery and Pretrial Scheduling Order (Dkt. No. 2)

to the following parties via USPS certified mail pursuant to FRCP 4(i)(1)(A)(ii), and FRCP 4(i)(1)(B), and FRCP 4(i)(2):

The Honorable Kristi Noem
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave. SE
Washington, D.C. 20528

U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave. SE
Washington, D.C. 20528

Todd Lyons
U.S. Immigration and Customs Enforcement
500 12th St., SW
Washington, DC 20536

U.S. Immigration and Customs Enforcement
500 12th St., SW
Washington, D.C. 20536

Admiral Kevin Lunday
U.S. Coast Guard
2703 Martin Luther King Jr. Ave. SE
Washington, D.C. 20593

U.S. Coast Guard
2703 Martin Luther King Jr. Ave. SE
Washington, D.C. 20593

U.S. Attorney's Office
Attn: Civil Process Clerk
1000 SW Third Ave Suite 600
Portland, Oregon 97204

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600 FAX (503) 227-6840

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 23rd day of December, 2025.

By: ______________________
Lara Mishler
*Legal Assistant*

STATE OF OREGON )
) ss.
County of Multnomah )

SUBSCRIBED AND SWORN to before me this 23rd day of December, 2025 by Lara Mishler.

______________________
Notary Public – State of Oregon

My commission expires: August 4, 2029

OFFICIAL STAMP
CLAIRE MOLLIE DOBESH
NOTARY PUBLIC - OREGON
COMMISSION NO. 1060977
MY COMMISSION EXPIRES AUGUST 04, 2029

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600 FAX (503) 227-6840