ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

SEAN C. DUFFY
Natural Resources Section
P.O. Box 7369, Ben Franklin Station
Washington, DC 20044
(202) 598-7291
sean.c.duffy@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| **CITY OF NEWPORT**, <br><br>           Plaintiffs, <br><br>     v. <br><br> **KRISTI NOEM**, in her official capacity as Secretary of Homeland Security, *et al*., <br><br>           Defendants. | Case No. 6:25-cv-2396-AA <br><br> **DEFENDANTS' NOTICE OF APPEARANCE** |

    Defendants hereby give notice of the appearance of Sean C. Duffy, United States Department of Justice, as counsel on behalf of all Defendants in this matter. Service of all papers to undersigned counsel should be addressed as follows:

Defs.' Notice of Appearance                1

<u>**Via U.S. Mail:**</u>

Sean C. Duffy
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044

<u>**Via Express Courier:**</u>

Sean C. Duffy
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M Street NE
Room 2.900
Washington, DC 20002

Undersigned counsel's telephone number is (202) 598-7291 and his email address is sean.c.duffy@usdoj.gov. Counsel is registered with the United States District Court for the District of Oregon for electronic filing using the email address set forth above. Ms. Luse continues to represent Defendants in this matter. Adam R.F. Gustafson is the Principal Deputy Assistant Attorney General for the Environment and Natural Resources Division of the United States Department of Justice. Mr. Gustafson should not be separately served with Court filings.

Dated: December 29, 2025

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Sean C. Duffy*
SEAN C. DUFFY
Trial Attorney (NY Bar No. 4103131)
Natural Resources Section
150 M Street NE
Washington, DC 20002
(202) 305-0445
sean.c.duffy@usdoj.gov

*Attorneys for Federal Defendants*