# EXHIBIT 1

**Keith Ketterling,** OSB No. 913368
Email: kketterling@stollberne.com
**Lydia Anderson-Dana,** OSB No. 166167
Email: landersondana@stollberne.com
**Elizabeth B. Kinsman**, OSB No. 172956
Email: ekinsman@stollberne.com
**Anuj Shah,** OSB No. 243717
Email: ashah@stollberne.com
**Chloe Jasper**, OSB No. 253957
Email: cjasper@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone:  (503) 227-1600
Facsimile:   (503) 227-6840

Attorneys for Plaintiff City of Newport

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CITY OF NEWPORT,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM in her official capacity as the Secretary of Homeland Security, TODD LYONS, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement, ADMIRAL KEVIN LUNDAY, in his official capacity as Acting Commandant of the United States Coast Guard, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES IMMIGRATION AND CUSTOMS | Case No. 6:25-cv-2396-MC<br><br>**PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO ALL DEFENDANTS** |

PAGE 1 -  **PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON  97204
TEL. (503) 227-1600   FAX (503) 227-6840

**Exhibit 1**
**Page 1 of 15**

ENFORCEMENT, an agency of the United States Department of Homeland Security, and UNITED STATES COAST GUARD, an agency of the United States Department of Homeland Security,

Defendants.

**TO:   ALL DEFENDANTS**

Pursuant to Fed. R. Civ. P. 26 and 34, Plaintiff City of Newport ("Plaintiff"), by and through its attorneys, hereby requests that Defendants Kristi Noem, Todd Lyons, Admiral Kevin Lunday, United States Department of Homeland Security ("DHS"), United States Immigration and Customs Enforcement ("ICE"), and United States Coast Guard ("USCG") (collectively, "Defendants") produce for inspection and copying the documents designated under the heading "Documents Requested" within twenty-one days from the service of these requests at the office of Stoll Stoll Berne Lokting & Shlachter P.C., 209 S.W. Oak Street, Suite 500, Portland, OR 97204, or at such other time and place as the parties mutually agree.

Defendants should produce all requested documents that are in their actual or constructive possession, custody or control, or in the actual or constructive possession, custody or control of its officers, employees, agents, representatives or attorneys.

These requests for production are continuing in nature and require supplemental responses to the greatest extent permitted by Fed. R. Civ. P. 26(e). Plaintiff further requests that such production be made in accordance with the "Definitions" and "Instructions" set forth below.

### DEFINITIONS

1.     "AIRFAC Newport" means the 3.5-acre property within the grounds of the Newport Municipal Airport, which Plaintiff granted and conveyed to the U.S. Government the

PAGE 2 - **PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

Exhibit 1
Page 2 of 15

AIRFAC Newport by way of a General Warranty Deed dated September 10, 1992. *See* Compl. (ECF No. 1) ¶¶ 26-32.

2. "Communication" or "Communications" means any exchange of information by any means of transmission, sending or receipt of information of any kind by or through any means including, but not limited to, recorded speech, writings, documents, language (machine, foreign or otherwise) of any kind, computer or electronic data, sound, radio or video signals, telecommunication, telephone, text messages, teletype, facsimile, telegram, microfilm, microfiche, photographic film, or other media of any kind. Communication also includes, without limitation, all inquiries, discussions, conversations, correspondence, negotiations, agreements, understandings, meetings, notices, requests, responses, demands, complaints, or press releases.

3. "Complaint" refers to the Complaint filed in the above-captioned litigation (ECF No. 1).

4. "Consistency Determination" has the meaning of the determination described in 16 U.S.C. § 1456(c)(1)(C) and 15 C.F.R. § 930.36(b).

5. "Defendants," "You," or "Your" means Defendants Kristi Noem, Todd Lyons, Admiral Kevin Lunday, DHS, ICE, and USCG, collectively and singularly, and includes all present or former departments, subagencies or offices, administrations, divisions, commissions, or predecessors. "Defendants," "You," or "Your" also means their respective present or former officers, directors, employees, owners, representatives, attorneys, and agents, as well as consultants and any other persons acting or purporting to act on behalf of each such entity or person, including but not limited to any entities controlled by such entity, whether directly or indirectly.

PAGE 3 - **PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840

Exhibit 1
Page 3 of 15

6.      "Document" and "Documents" are used in the broadest possible sense and have the same meaning as "writings," which is defined in Fed. R. Civ. P. 34(a) and Fed. R. Evid. 1001 as including, but not limited to, any electronically stored data, documents, and electronic communications (such as e-mail), stored in computers or otherwise. A copy or duplicate of a document that has any nonconforming notes, marginal annotations, or other markings, as well as any preliminary version, draft, or revision of the foregoing, shall be considered a separate document within the meaning of this term. "Document" includes Electronically Stored Information and Communications.

7.      "Electronically Stored Information" or "ESI" means information stored in a medium from which it can be retrieved and examined, including information that is stored by an end user, application, operating system, or file system, and includes file system data, content, metadata, file name data, application data, and operating system data. "ESI" includes data of any type, in any format, including data resident at any physical location on any type of electronic media. "ESI" also includes user-created data such as word processing documents, spreadsheets, graphics, animations, presentations, email and attachments, audio, video and audiovisual recordings, and voicemail.

8.      "Environmental Assessment" has the meaning described in 42 U.S.C. § 4336e(4) and 42 U.S.C. § 4336(b)(2).

9.      "Environmental Impact Statement" has the meaning described in 42 U.S.C. § 4336e(6) and 42 U.S.C. § 4336(b)(1).

10.     "ICE Detention Facility" means any facility or other arrangement You are constructing, maintaining, or funding, or are planning or considering to construct, maintain, or

PAGE 4 - **PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

Exhibit 1
Page 4 of 15

fund, in or within 10 miles of Newport, Oregon, to detain, deport, or otherwise temporarily house individuals in ICE's custody.

11. "Plaintiff" means Plaintiff City of Newport.

12. "And" and "or" should be construed conjunctively as well as disjunctively.

13. "Relating to," "relate(s) to," "related to," and "regarding" mean concerning, discussing, describing, referring to, reflecting, containing, analyzing, studying, reporting on, commenting on, evidencing, constituting, setting forth, considering, recommending, pertaining to, embodying, mentioning, respecting, bearing on, or addressed to or from, in whole or in part, that subject.

14. The terms "all," "any," "each," and "every" shall be construed as meaning all, any, each and every.

15. To the extent that any word, phrase or term is not defined herein, any such word, phrase or term shall have the meaning defined in 15 U.S.C. § 78a *et seq.*, if found therein, the remaining provisions of 17 C.F.R. 240 *et seq.*, if found therein, BLACK'S LAW DICTIONARY, if found therein, or the AMERICAN HERITAGE DICTIONARY FOR THE ENGLISH LANGUAGE.

## INSTRUCTIONS

1. In responding to these Requests, You shall produce all responsive Documents that are in Your possession, custody, or control, or the possession, custody or control of Your employees, agents, predecessors, successors, divisions, affiliates, or any of their respective officers, agents, employees, attorneys, accountants, or other representatives. A Document shall be deemed to be within Your control if You have the right to secure the document or a copy of the document from another person having possession or custody of the document.

PAGE 5 - **PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

Exhibit 1
Page 5 of 15

2. These requests are continuing in nature so as to require supplemental responses to the extent required under the Federal Rules of Civil Procedure.

3. You are to produce the following items in electronic format prepared for Relativity:

(a) Electronic scanned images of original documents responsive to these Requests that exist only in hard-copy format and are therefore unavailable in native ESI format (*e.g.*, handwritten notes, including alterations to documents that are otherwise kept and producible as ESI in their unaltered form, or materials that were generated as ESI but where ESI files are inaccessible because they are not in Your possession or control), as they are kept in the usual course of business, including all non-identical copies. Documents normally maintained in paper format should be produced as single page images.

(b) If a document's original form was electronic, You should produce it in its original electronic file format as either 1-bit TIFF or JPEG images, preserving and producing all available metadata (e.g., all file attributes, such as its creation and modification dates, associated family groups, its location within a storage device's file structure, etc.). A load file containing the extracted metadata should include, but not necessarily be limited to, the following fields: Begdoc; Enddoc; BegAttach; EndAttach; Author; Email From; Email To; CCs; BCCs; Native File Name; Email Subject; Created Date/Time; Last Modified Date/Time; Sent Date/Time; Received Date/Time; MD5Hash.

(c) Database files (e.g. Microsoft Access files), spreadsheets or CSV files, audio/video files, presentations (e.g. PowerPoint files), and any other files that cannot be imaged shall be produced in their native application format. If any

PAGE 6 - **PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840

Exhibit 1
Page 6 of 15

files are maintained in a non-standard format or require software that is not readily commercially available, the parties can confer on the manner of production, and the files shall be produced in such a manner that the parties mutually agree upon or that the Court may ultimately direct. Depending on the electronic format of the responsive documents, Plaintiff reserves the right to request that the documents be reproduced in non-native or native format.

4. You are to produce responsive Documents in the order they are kept in the usual course of business (including any original folders, binders, covers, or containers) or You shall organize and label such responsive Documents to correspond with the categories in these requests. Where the original of a Document is unavailable, a copy identical to the original shall be produced. A draft or non-identical copy of a Document is a separate document as the term is used herein. All attachments and appended or embedded links or files should be produced if any one of them is responsive to any of the Requests. You shall Bates stamp the Documents.

5. If a Document exists in electronic or recorded form (whether digital or analog), including tapes or other recordings of conversations, You shall produce it. If a Document exists in electronic or recorded form as well as other forms (including printouts of electronic data and transcripts of recordings), You shall produce the Document in all forms.

6. Without in any way limiting the definition of "document" contained in the Federal Rules of Civil Procedure or herein, You are specifically instructed to search all document management systems, computer archives, and/or backup tapes or disks for documents responsive to the following Requests, and production of such documents should be made regardless of whether such documents exist in tangible or hard copy form. Production is also sought

PAGE 7 - **PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840

Exhibit 1
Page 7 of 15

regardless of whether the user purported to "delete" the Document, if such Document is capable of being retrieved from archives and/or backup tapes or disks.

7. If any Document responsive to these Requests is withheld under a claim of privilege or upon any other ground, as to each such Document, provide the following information in sufficient detail to permit the Court to rule on your claim:

(a) The nature of the privilege being asserted or other rule relied upon, and the facts supporting Your assertion thereof;

(b) The party who is asserting the privilege; and

(c) The following information about the purportedly privileged document:

(1) The author, primary addressee, and secondary addressees or persons copied, including the relationship of those persons to any party in this litigation and/or author of the document;

(2) A brief description sufficient to identify the type, subject matter, and purpose of the document;

(3) All persons to whom its contents have been disclosed;

(4) The date the document was prepared, the date the document bears, the date the document was sent, and the date the document was received; and

(5) A precise description of the place where each copy of that document is kept, including the title or description of the file in which said document may be found and the location of such file.

PAGE 8 - PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840

Exhibit 1
Page 8 of 15

8. If a portion of any Document responsive to these Requests is withheld under a claim of privilege pursuant to the preceding instruction, any non-privileged portion of such Document must be produced, with the portion claimed to be privileged redacted.

9. You are to produce each Document requested herein in its entirety, without deletion or excision (except as qualified by the preceding two instructions), regardless of whether You consider the entire Document to be relevant or responsive to the Requests.

10. Unless otherwise indicated herein, the timeframe for these requests is January 20, 2025, through the present.

11. Unless words or terms have been given a specific definition herein, each word or term used herein shall be given its usual and customary dictionary definition, except where such words have a specific custom and usage definition in Your trade or industry, in which case they shall be interpreted in accordance with such usual custom and usage definition of which You are aware.

12. The use of a verb in any tense shall be construed as the use of the verb in all other tenses whenever necessary to bring into the scope of the specification all responses that might otherwise be construed to be outside the scope.

## DOCUMENTS REQUESTED

**REQUEST NO. 1:** The administrative record concerning Your decision to construct, maintain, and/or fund the ICE Detention Facility.

**RESPONSE:**

PAGE 9 - **PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

Exhibit 1
Page 9 of 15

**REQUEST NO. 2:** Any Consistency Determination for the ICE Detention Facility, or in the alternative, if You have not completed a Consistency Determination, Documents and Communications sufficient to show any drafts or analysis concerning the same.

**RESPONSE:**

**REQUEST NO. 3:** Any Environmental Impact Statement (EIS) or Environmental Assessment (EA) for the ICE Detention Facility, or, in the alternative, if You have not completed an EIS or EA, Documents and Communications sufficient to show any drafts or analysis concerning the same.

**RESPONSE:**

**REQUEST NO. 4:** Documents and Communications sufficient to show Your analysis (if any) of the environmental effects related to constructing, maintaining, and funding the ICE Detention Facility.

**RESPONSE:**

**REQUEST NO. 5:** Documents and Communications sufficient to show actions taken or inquiries made by You or Your contractors to construct the ICE Detention Facility. This request includes, but is not limited to, Your internal Communications and those with third parties, such as Your contractors and their Communications.

**RESPONSE:**

PAGE 10 - **PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600 FAX (503) 227-6840

Exhibit 1
Page 10 of 15

**REQUEST NO. 6:** Documents and Communications sufficient to show actions taken or inquiries made by You or Your contractors to consider, assess, and/or determine any potential or actual locations for the ICE Detention Facility. This request includes, but is not limited to, Your internal Communications and those with third parties, such as Your contractors and their Communications.

**RESPONSE:**

**REQUEST NO. 7:** Documents and Communications sufficient to show actions taken or inquiries made by You or Your contractors for lodging for You, Your employees, and/or Your contractors in relation to the development, siting, building, support, or operation of the ICE Detention Facility. This request includes, but is not limited to, Your internal Communications and those with third parties, such as government contractors and their Communications.

**RESPONSE:**

**REQUEST NO. 8:** Documents and Communications sufficient to show actions taken or inquiries made by You or Your contractors concerning wastewater or septage in relation to the development, siting, building, support, or operation of the ICE Detention Facility. This request includes, but is not limited to, Your internal Communications and those with third parties, such as Your contractors and their Communications.

**RESPONSE:**

**REQUEST NO. 9:** Documents and Communications sufficient to show actions taken or inquiries made by You or Your contractors concerning catering or other food services to

PAGE 11 - **PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

Exhibit 1
Page 11 of 15

support the development, siting, building, or operation of the ICE Detention Facility. This request includes, but is not limited to, Your internal Communications and those with third parties, such as Your contractors and their Communications.

**RESPONSE:**

**REQUEST NO. 10:** Documents and Communications sufficient to show actions taken or inquiries made by You or Your contractors regarding trash or waste generated in the development, siting, building, or support or operation of the ICE Detention Facility. This request includes, but is not limited to, Your internal Communications and those with third parties, such as Your contractors and their Communications.

**RESPONSE:**

**REQUEST NO. 11:** Documents and Communications sufficient to show actions taken or inquiries made by You or Your contractors for potable water in relation to the development, siting, building, support, or operation of the ICE Detention Facility. This request includes, but is not limited to, Your internal Communications and those with third parties, such as Your contractors and their Communications.

**RESPONSE:**

**REQUEST NO. 12:** Documents and Communications sufficient to show actions taken or inquiries made by You or Your contractors to prepare, announce, advertise, and/or send job and recruitment postings in relation to the development, siting, building, support, or operation of the ICE Detention Facility. This request includes, but is not limited to, Your internal

PAGE 12 **- PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840

**Exhibit 1**
**Page 12 of 15**

Communications and those with third parties, such as Your contractors and their Communications.

**RESPONSE:**

**REQUEST NO. 13:**  Documents and Communications sufficient to show actions You have taken or are considering taking at AIRFAC Newport that do not support its primary purpose as a USCG aviation facility, such the removal of the USCG search and rescue helicopter and related equipment, the hiring of contractors, and meetings held concerning plans for AIRFAC Newport (*e.g.*, the October 31, 2025 meeting held at the Newport Municipal Airport, and early November 2025 meetings described in the December 3, 2025, deposition of Captain Kent Reinhold (*see* Tr. pp. 59–62, *Newport Fishermen's Wives et al. v. United States Coast Guard et al.* (D. Or. Case No. 6:25-cv-012165)).

**RESPONSE:**

DATED this ___ day of _____, 2026.

       STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

       By: *s/* _____
        **Keith Ketterling**, OSB No. 913368
        **Lydia Anderson-Dana**, OSB No. 166167
        **Elizabeth B. Kinsman**, OSB No. 172956
        **Anuj Shah**, OSB No. 243717
        **Chloe Jasper**, OSB No. 253957
        209 SW Oak Street, Suite 500
        Portland, OR 97204
        Telephone: (503) 227-1600
        Facsimile: (503) 227-6840
        Email: kketterling@stollberne.com
           landersondana@stollberne.com

PAGE 13 - **PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840

Exhibit 1
Page 13 of 15

ekinsman@stollberne.com
ashah@stollberne.com
cjasper@stollberne.com

-and-

**Tiffany Johnson**, OSB No. 151190
City Attorney Office
169 SW Coast Hwy
Newport, OR 97365
Telephone: 541-574-0607
Email:    t.johnson@newportoregon.gov

*Attorneys for City of Newport*

PAGE 14 - **PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840

**Exhibit 1**
**Page 14 of 15**

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing **PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO ALL DEFENDANTS** on the following named person(s) on the date and manner indicated below,

- [✓]  By U.S. Mail, contained in a sealed envelope, with postage prepaid, addressed to said person(s) at the last known address of each shown below and deposited in the United States Post Office on said day at Portland, Oregon
- [✓]  By Electronic Mailing also attaching a copy in Word format (per LR 5-9(b))

Sean C. Duffy
United States Department of Justice
Natural Resources Section
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044
Email: sean.c.duffy@usdoj.gov

*Counsel for All Defendants*

      DATED this ___ day of _____, 2026

                STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

                By: *s/*
                    **Keith Ketterling**, OSB No. 913368
                    **Lydia Anderson-Dana**, OSB No. 166167
                    **Elizabeth B. Kinsman**, OSB No. 172956
                    **Anuj Shah**, OSB No. 243717
                    **Chloe Jasper**, OSB No. 253957
                    209 SW Oak Street, Suite 500
                    Portland, OR 97204
                    Telephone: (503) 227-1600
                    Facsimile: (503) 227-6840
                    Email:   kketterling@stollberne.com
                                 landersondana@stollberne.com
                                 ekinsman@stollberne.com
                                 ashah@stollberne.com
                                 cjasper@stollberne.com

PAGE 1 -  **CERTIFICATE OF SERVICE**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON  97204
TEL. (503) 227-1600  FAX (503) 227-6840

Exhibit 1
Page 15 of 15