DAN RAYFIELD
Attorney General
COBY HOWELL #253434
BRIAN SIMMONDS MARSHALL #196129
NINA ENGLANDER #106119
Senior Assistant Attorneys General
DEREK OLSON #225504
Assistant Attorney General
Trial Attorneys
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: 9716731880
Fax: 9716735000
Email:  Coby.Howell@doj.oregon.gov
         Brian.S.Marshall@doj.oregon.gov
         Nina.Englander@doj.oregon.gov
         Derek.Olson@doj.oregon.gov

Attorneys for Plaintiff, State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON,<br><br>      Plaintiff,<br><br>    v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; and TODD M. LYONS, in his official capacity as the Senior Official Performing the Duties of the Director of United States Immigration and Customs Enforcement,<br><br>      Defendants. | Case No.  6:26-cv-00186-AA<br><br>NOTICE OF APPEARANCE |

Page 1 -   NOTICE OF APPEARANCE
       CHH/la2/1016274349

**NOTICE OF APPEARANCE**

Please take notice that Coby Howell is now additional counsel of record in the above captioned matter.

DATED March  25 , 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General


          *s/ Coby Howell*
COBY HOWELL #253434
BRIAN SIMMONDS MARSHALL #196129
NINA ENGLANDER #106119
Senior Assistants Attorney General
DEREK OLSON #225504
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Coby.Howell@doj.oregon.gov
Brian.S.Marshall@doj.oregon.gov
Nina.Englander@doj.oregon.gov
Derek.Olson@doj.oregon.gov
Of Attorneys for the State of Oregon

Page 2 -    NOTICE OF APPEARANCE
CHH/la2/1016274349