**Keith Ketterling,** OSB No. 913368
Email: kketterling@stollberne.com
**Lydia Anderson-Dana,** OSB No. 166167
Email: landersondana@stollberne.com
**Elizabeth B. Kinsman**, OSB No. 172956
Email: ekinsman@stollberne.com
**Anuj Shah,** OSB No. 243717
Email: ashah@stollberne.com
**Chloe Jasper**, OSB No. 253957
Email: cjasper@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

Attorneys for Movant City of Newport

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| STATE OF OREGON,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; and TODD M. LYONS, in his official capacity as the Senior Official Performing the Duties of the Director of United States Immigration and Customs Enforcement,<br><br>Defendants. | Case No. 6:26-cv-00186-AA<br>(Lead Case)<br><br>**JOINT STATUS REPORT**<br><br>Consolidated with:<br>*City of Newport v. Noem, et al.*<br>Case No. 6:25-cv-02396-AA (trailing case) |

Counsel for all parties in these consolidated cases have conferred, and, pursuant to the Court's order dated April 21, 2026 (ECF No. 20) submit the following Joint Status Report:

The parties have had productive discussions toward resolving this matter. The City of Newport provided Defendants a letter dated April 28, 2026, requesting notice related to actions taken under the National Environmental Policy Act. To allow Defendants time to consider this proposal and discussions to continue, the parties ask that the Court continue to stay applicable deadlines and order the parties to submit a further status report by May 28, 2026, proposing next steps unless the parties file a stipulation of dismissal before then.

DATED this 28th day of April, 2026.

STOLL STOLL BERNE LOKTING &
SHLACHTER P.C.

By: *s/ Keith Ketterling*
**Keith Ketterling**, OSB No. 913368
**Lydia Anderson-Dana**, OSB No. 166167
**Elizabeth B. Kinsman**, OSB No. 172956
**Anuj Shah**, OSB No. 243717
**Chloe Jasper**, OSB No. 253957
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
Email: kketterling@stollberne.com
landersondana@stollberne.com
ekinsman@stollberne.com
ashah@stollberne.com
cjasper@stollberne.com

U.S. DEPARTMENT OF JUSTICE

By: *s/ Sean C. Duffy*
**Sean C. Duffy**, NY Bar No. 4103131
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-7291
Email: sean.c.duffy@usdoj.gov

*Attorneys for Defendants*

-and-

**Tiffany Johnson**, OSB No. 151190
City Attorney Office
169 SW Coast Hwy
Newport, OR 97365
Telephone: 541-574-0607
Email: t.johnson@newportoregon.gov

*Attorneys for City of Newport*

OREGON DEPARTMENT OF JUSTICE

By: *s/ Coby Howell*

**Coby Howell**, OSB No. 253434
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Email: Coby.Howell@doj.oregon.gov

*Attorneys for Plaintiff State of Oregon*