**Keith Ketterling,** OSB No. 913368
Email: kketterling@stollberne.com
**Lydia Anderson-Dana,** OSB No. 166167
Email: landersondana@stollberne.com
**Elizabeth B. Kinsman**, OSB No. 172956
Email: ekinsman@stollberne.com
**Anuj Shah,** OSB No. 243717
Email: ashah@stollberne.com
**Chloe Jasper**, OSB No. 253957
Email: cjasper@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone:  (503) 227-1600
Facsimile:   (503) 227-6840

Attorneys for Movant City of Newport

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| STATE OF OREGON and CITY OF NEWPORT,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; and TODD M. LYONS, in his official capacity as the Senior Official Performing the Duties of the Director of United States Immigration and Customs Enforcement,<br><br>Defendants. | Case No. 6:26-cv-00186-AA<br>(Lead Case)<br><br><br>**PLAINTIFFS' FOURTH MOTION FOR EXTENSION OF TIME**<br><br>Consolidated with:<br>*City of Newport v. Noem, et al.*<br>Case No. 6:25-cv-02396-AA (trailing case) |

PAGE 1 – **PLAINTIFFS' FOURTH MOTION FOR EXTENSION OF TIME**

Plaintiffs, the State of Oregon and the City of Newport, move for an extension to time to file their Responses to Defendants' Motion to Dismiss.  Pursuant to Local Rule 7-1, counsel for the City of Newport conferred with the Parties.  No Party opposes this motion.

1.      On February 27, 2026, Defendants moved to dismiss the State's conforming complaint (ECF 11). Plaintiffs' Responses were due on March 13th.

2.      On March 5 and 6, 2026, Plaintiffs filed Motions for Extension of Time (ECF Nos. 14, 16). The Court granted both Motions, ordering Plaintiffs to respond to the Motion to Dismiss by April 2, 2026 (ECF Nos. 15, 17).

3.      On March 11, 2026, the Court reset Plaintiffs' Responses to Defendants' Motion to Dismiss to April 28, 2026 (ECF No. 18).

4.      On April 28, 2026, Plaintiffs filed a Second Motion for Extension of Time (ECF No. 22). This was granted on April 29, 2026, resetting Plaintiffs' deadlines for the Responses to the Motion to Dismiss to May 12, 2026 (ECF No. 24).

5.      On May 11, 2026, Plaintiffs filed a Third Motion for Extension of Time (ECF No. 25). This was granted on May 11, 2026, resetting Plaintiffs' deadlines for the Responses to the Motion to Dismiss to June 2, 2026 (ECF No. 26).

6.      As the parties advised the Court in their Joint Status Report of April 28, 2026 (ECF No. 23), the parties have had productive discussions toward resolving this matter, but those discussions are continuing.

7.      Plaintiffs therefore now move this Court for an order extending Plaintiffs' deadlines to respond to Defendants' Motion to Dismiss until June 30, 2026. This request is made in good faith, not for the purposes of delay, and does not prejudice any party in this matter.

**PAGE 2 – PLAINTIFFS' FOURTH MOTION FOR EXTENSION OF TIME**

DATED this 29th day of May, 2026.

STOLL STOLL BERNE LOKTING &
SHLACHTER P.C.

By: *s/ Lydia Anderson-Dana*
**Keith Ketterling**, OSB No. 913368
**Lydia Anderson-Dana**, OSB No. 166167
**Elizabeth B. Kinsman**, OSB No. 172956
**Anuj Shah**, OSB No. 243717
**Chloe Jasper**, OSB No. 253957
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
Email: kketterling@stollberne.com
　　　landersondana@stollberne.com
　　　ekinsman@stollberne.com
　　　ashah@stollberne.com
　　　cjasper@stollberne.com

-and-

**Tiffany Johnson**, OSB No. 151190
City Attorney Office
169 SW Coast Hwy
Newport, OR 97365
Telephone: 541-574-0607
Email: t.johnson@newportoregon.gov

*Attorneys for City of Newport*

DAN RAYFIELD
Attorney General

By: *s/ Coby Howell*
COBY HOWELL #253434
BRIAN SIMMONDS MARSHALL #196129
NINA ENGLANDER #106119
Senior Assistants Attorney General
DEREK OLSON #225504
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Coby.Howell@doj.oregon.gov
Brian.S.Marshall@doj.oregon.gov
Nina.Englander@doj.oregon.gov
Derek.Olson@doj.oregon.gov

*Attorneys for the State of Oregon*

PAGE 3 – **PLAINTIFFS' FOURTH MOTION FOR EXTENSION OF TIME**